IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                    No. CR S-02- 430 FCD GGH P

    vs.

JAMES EDWARD ADAMIC,

    Movant.                      <u>ORDER</u>

_____/

        Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.

        Movant's July 22, 2005 request for release pending review of his motion pursuant to 28 U.S.C. 2255 is denied. Movant cites Fed. R. App. 23(c) in his application to be released pending review of his § 2255 motion. Petitioner confuses himself as a movant who has already prevailed in district court.

        IT IS SO ORDERED.

DATED: 8/17/05

                                  /s/ Gregory G. Hollows

                                  GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
adam0430.ord