McGREGOR W. SCOTT
United States Attorney
LAUREL D. WHITE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-02-430 FCD/GGH |
| Plaintiff-Respondent, | No. CIV.S-05-1493 |
| v. | ORDER |
| JAMES ADAMIC, | |
| Defendant-Petitioner. | |

On motion of the United States of America, and good cause appearing:

IT IS HEREBY ORDERED, that the United States has until November 15, 2005, to file a response to defendant James Adamic's Motion to Vacate, Set Aside, or Correct Sentence, pursuant to 28 U.S.C. § 2255. Defendant shall file his reply, if any, on or before December 15, 2005. The matter will then be taken under submission.

IT IS SO ORDERED.

DATED: 9/8/05                           /s/ Gregory G. Hollows
                                        _____
                                        GREGORY G. HOLLOWS
                                        United States Magistrate Judge

adam0403.po

1