IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Respondent,

      vs.

JAMES EDWARD ADAMIC,

      Movant.

No. CR S-02-0430 FCD GGH P

ORDER

      Respondent has submitted an order proposing that this court find movant to have waived his attorney-client privilege with various counsel: Caro Marks, Matthew Bockmon, and Jan Karowsky, with respect to work they did for him before and during his change of plea and during the sentencing phase of his case, as well as with respect to any and all communications between movant and each counsel related "to the plea agreement, the factual basis, defendant's preparation and any advisements concerning his entry of plea and sentencing, the presentence report, defenses, discovery, the evidence, witness statements, pretrial and presentencing research and investigation, departures and reasons for departure's and defendant's exposure to prison time had he chosen to proceed to trial."

      The government's request, as set forth, for such a blanket waiver of attorney client privilege is premature. The government does not identify any specific information,

1

1 communication or documentation which they intend to seek or which they have sought and for
2 which they have been denied access on the basis of attorney client privilege.  While it may be
3 that movant has waived the privilege with respect to specific information respondent seeks, given
4 movant's allegations regarding his claim of ineffective assistance of counsel in the process
5 involving his change of plea, it is inappropriate, without the requisite specificity, that is, without
6 a defined dispute or controversy before it, for this court to  make any finding with respect to any
7 waiver of privilege; any such finding would, in the present posture, amount to an advisory
8 opinion.

9        The government's request, filed on September 20, 2005, for a finding by this court
10 of a blanket waiver of attorney client privilege by movant, as set forth above, must be denied.

11        IT IS SO ORDERED.

12 DATED:   9/22/05

13        /s/ Gregory G. Hollows

14        GREGORY G. HOLLOWS
       UNITED STATES MAGISTRATE JUDGE

17 GGH:009
adam0430.ord2