IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                      No. CR S-02-0430 FCD GGH P

    vs.

JAMES EDWARD ADAMIC,

    Movant.                        <u>ORDER</u>

_____/

        Respondent seeks, by motion filed on September 20, 2005, an order finding that movant has waived his attorney-client privilege with various counsel: Caro Marks, Matthew Bockmon, and Jan Karowsky, with respect to work they did for him before and during his change of plea and during the sentencing phase of his case, as well as with respect to any and all communications between each counsel and movant related "to the plea agreement, the factual basis, defendant's preparation and any advisements concerning his entry of plea and sentencing, the presentence report, defenses, discovery, the evidence, witness statements, pretrial and presentencing research and investigation, departures and reasons for departures, and defendant's exposure to prison time had he chosen to proceed to trial."

\\\\\

\\\\\

1

1  Movant Adamic is now directed to show cause, by October 7, 2005, why the
2  motion of the United States of America should not be granted.
3  IT IS SO ORDERED.
4  DATED:   9/27/05

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
adam0430.osc