McGREGOR W. SCOTT
United States Attorney
LAUREL D. WHITE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-02-430 FCD/GGH |
| Plaintiff-Respondent, ) | No. CIV.S-05-1493 |
| v. ) | ORDER |
| JAMES ADAMIC, ) | |
| Defendant-Petitioner. ) | |

On motion of the United States of America, and GOOD CAUSE APPEARING:

IT IS HEREBY ORDERED, that the United States has until January 10, 2006, to file a response to defendant James Adamic's Motion to Vacate, Set Aside, or Correct Sentence, pursuant to 28 U.S.C. § 2255. Defendant shall file his reply, if any, on or before February 9, 2006. The matter will then be taken under submission.

IT IS SO ORDERED.

DATED: 11/8/05                    /s/ Gregory G. Hollows
                                  _____
                                  GREGORY G. HOLLOWS
                                  United States Magistrate Judge

adam0403.po2

1