IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Respondent, | | No. CR S-02- 430 FCD GGH P |
| vs. | | |
| JAMES EDWARD ADAMIC, | | |
| Movant. | | <u>ORDER</u> |
| _____/ | | |

       Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. By order filed on November 21, 2005, movant was granted ten (10) days to inform the court and respondent of any claims of ineffective assistance of counsel that he might wish to abandon; the parties were therein informed as to how to proceed, should movant fail to do so. Movant has not responded and the time for doing so has expired. Therefore, respondent may proceed as previously set forth in the November 21, 2005 order.

       IT IS SO ORDERED.

DATED: 12/12/05　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows

　　　　　　　　　　　　　　　　　　　　　　　GREGORY G. HOLLOWS
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

GGH:009
adam0430.ord3