McGREGOR W. SCOTT
United States Attorney
LAUREL D. WHITE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff-Respondent, <br> v. <br> JAMES ADAMIC, <br> Defendant-Petitioner. | No. CR. S-02-430 FCD/GGH <br> No. CIV.S-05-1493 <br><br> ORDER |

On motion of the United States of America, and GOOD CAUSE APPEARING:

IT IS HEREBY ORDERED, that the United States has until January 31, 2006, to file a response to defendant James Adamic's Motion to Vacate, Set Aside, or Correct Sentence, pursuant to 28 U.S.C. § 2255. Defendant shall file his reply, if any, on or before February 28, 2006. The matter will then be taken under submission.

IT IS SO ORDERED.

DATED: 1/6/06                                      /s/ Gregory G. Hollows
                                                   _____
                                                   GREGORY G. HOLLOWS
                                                   United States Magistrate Judge

adam0430.po3

1