IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Respondent,                        No. CR S-02-0430 FCD GGH P

    vs.

JAMES EDWARD ADAMIC,

        Movant.                            <u>ORDER</u>

_____/

        Movant has requested an extension of time to file his objections the August 29, 2006, findings and recommendations. Accordingly, IT IS HEREBY ORDERED that:

        1. Movant's September 18, 2006 request for an extension of time is granted;

        2. Movant is granted until September 29, 2006, in which to file his objections to the August 29, 2006, findings and recommendations; and

        3. No further extension of time will be granted.

DATED: 9/22/06

                                                /s/ Gregory G. Hollows

                                                GREGORY G. HOLLOWS
                                                UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
adam0430.236