IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,

vs.

JAMES EDWARD ADAMIC,

    Movant.

No. CR S-02-0430 FCD GGH P

<u>ORDER</u>

/

    Movant, a federal prisoner proceeding pro se, has timely filed a notice of appeal of this court's November 1, 2006, dismissal of his motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Before movant can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

    A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

1

For the reasons set forth in the magistrate judge's findings and recommendations, filed on August 29, 2006, movant has not made a substantial showing of the denial of a constitutional right.  Accordingly, a certificate of appealability should not issue in this action.

IT IS SO ORDERED.

DATED: December 5, 2006.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE