**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Frank C. Damrell, Jr.
United States District Judge
Sacramento, California

> **RE:  James Edward ADAMIC**
> **Docket Number:   2:02CR00430-01**
> **REQUEST TO RELEASE INFORMATION**

Your Honor:

Mr. Adamic was sentenced on April 5, 2004, subsequent to his plea to a violation of 18 USC 2252(a)(4)(B) - Possession of One or More Matters Containing Depictions of Minors Engaged in Sexually Explicit Conduct.  He was sentenced to term of 60 months in the custody of the Bureau of Prisons, followed by a 36 month term of supervised release which commenced on January 24, 2007.

Mr. Adamic is currently seeing a therapist, Janelle Burrill, Ph.D., for matters related to the custody of his children.  He apparently has sought Dr. Burrill's guidance before he proceeds in his request to ask for joint custody of his daughters and more access to his one minor daughter.  He is also apparently upset that the children's mother has told them that he is a pedophile and he wants to find the best way to discuss his case and situation with his children.  Dr. Burrill's office has obtained a release of information from Mr. Adamic so that she may speak with, and he in turn signed a release of information so that I may speak with her.  My hesitation, however, in speaking with her is that if I share mental health information with her and is subsequently placed in a family law document for the Superior Court Judge, I may be called to testify.

I am therefore seeking Your Honor's permission before I discuss Mr. Adamic's case with Dr. Burrill.

It is respectfully recommended that Your Honor allow me to discuss confidential mental health information with Dr. Burrill so that she may properly assess Mr. Adamic's suitability for more time with his children and other matters related to child custody issues.

1

**RE:   James Edward ADAMIC**
**       Docket Number:   2:02CR00430-01**
**       REQUEST TO RELEASE INFORMATION**


Respectfully submitted,


/s/Lori L. Koehnen
**LORI L. KOEHNEN**
**Senior United States Probation Officer**

Dated:        September 17, 2007
              Sacramento, California
              LLK/cp


**REVIEWED BY:    /s/Kyriacos M. Simonidis_____**
**                KYRIACOS M. SIMONIDIS**
**                Supervising United States Probation Officer**


_____

_xx___ The probation officer is allowed to release pertinent mental health records to
        Janelle Burrill, Ph.D.

_____  The probation officer is not to release mental health records to Janelle Burrill, Ph.D.

_____  The probation officer is to contact the court.


DATED: September 17, 2007

                                    _____
                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE

Rev. 05/2006
MEMO ~ COURT.MRG